UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JUDY WONG; and WILLIAM S. WONG,<br><br>Plaintiffs,<br><br>v.<br><br>LAS VEGAS SANDS CORP., a Nevada corporation; VENETIAN CASINO RESORT, LLC, a Nevada limited liability company; LAS VEGAS SANDS, LLC, a Nevada limited liability company, dba VENETIAN RESORT HOTEL CASINO and PALAZZO RESORT HOTEL CASINO; I-X, and JOHN DOES and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00622-RFB-EJY<br><br>**ORDER** |

Before the Court is Plaintiff William S. Wong's Request for Authorization for Electronic Filing.  ECF No. 16.  The Court grants Plaintiff's request under Local Rule IC 2-1(b) stating that a "pro se litigant may request the court's authorization to register as a filer in a specific case."

Accordingly, IT IS HEREBY ORDERED that Plaintiff William S. Wong's Request for Authorization for Electronic Filing (ECF No. 16) is GRANTED.

IT IS FURTHER ORDERED that on or before August 5, 2022, Plaintiff must file a written certification that he has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are available on this Court's website at www.nvd.uscourts.gov.  Plaintiff is not authorized to file electronically until the certification is filed with the Court within the time frame specified.  Upon timely filing of the certification, Plaintiff shall contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

Dated this 7th day of July, 2022.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1