MICHAEL M. EDWARDS, ESQ.
Nevada Bar No. 6281
DAVID P. PRITCHETT, ESQ.
Nevada Bar No. 10959
**FREEMAN MATHIS & GARY, LLP**
3993 Howard Hughes Pkwy., Suite 100
Las Vegas, Nevada 89169
Tel.:  725.258.7360
Fax:  833.336.2131
Michael.Edwards@fmglaw.com
David.Pritchett@fmglaw.com
*Attorneys for Defendants,*
*Las Vegas Sands Corp.,*
*Las Vegas Sands, LLC, and*
*Venetian Casino Resort, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUDY WONG; and WILLIAM S. WONG,<br><br>Plaintiffs,<br>vs.<br><br>LAS VEGAS SANDS CORP., a Nevada corporation; VENETIAN CASINO RESORT, LLC, a Nevada Limited Liability Company; LAS VEGAS SANDS, LLC, a Nevada Limited Liability Company, *dba* VENETIAN RESORT HOTEL CASINO and PALAZZO RESORT HOTEL CASINO; I-X, and JOHN DOES and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-00622-RFB-EJY<br><br>**SUBSTITUTION OF COUNSEL FOR DEFENDANTS LAS VEGAS SANDS CORP., LAS VEGAS SANDS, LLC, AND VENETIAN CASINO RESORT, LLC** |

**SUBSTITUTION OF COUNSEL FOR DEFENDANTS LAS VEGAS SANDS CORP., LAS VEGAS SANDS, LLC, AND VENETIAN CASINO RESORT, LLC**

Defendants LAS VEGAS SANDS CORP., LAS VEGAS SANDS, LLC, AND VENETIAN CASINO RESORT, LLC hereby substitute the law firm of FREEMAN MATHIS & GARY LLP, as its attorney of record in the above-referenced matter in the place and stead of MESSNER REEVES LLP as counsel of record for Defendants LAS VEGAS SANDS CORP, LAS VEGAS SANDS, LLC, and

/ / /

/ / /

VENETIAN CASINO RESORT, LLC in the above-entitled matter.

DATED this 13th day of February 2023.

*/s/George Batarseh*
*George Batarseh, Vice President and Senior Associate General Counsel*
*Authorized Representative for Defendants Las Vegas Sands Corp., Las Vegas Sands, LLC, and Venetian Casino Resort, LLC*

The law firm of MESSNER REEVES LLP hereby acknowledges the substitution of the law firm of FREEMAN MATHIS & GARY LLP as attorneys of record for Defendants LAS VEGAS SANDS CORP., LAS VEGAS SANDS LLC, and VENETIAN CASINO RESORT, LLC in the above-entitled matter.

DATED this 13th day of February 2023.

MESSNER REEVES, LLP

*/s/Renee Finch*
Renee Finch, Esq.
Nevada Bar No. 13118
8945 W. Russell Road, Suite 300
Las Vegas, Nevada  89148

MICHAEL M. EDWARDS, ESQ of FREEMAN MATHIS & GARY LLP hereby consents to the representation of Defendants LAS VEGAS SANDS CORP., LAS VEGAS SANDS, LLC, and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

VENETIAN CASINO RESORT, LLC in the above-referenced matter, in the place and stead of MESSNER REEVES LLP.

DATED this 13th day of February 2023.

FREEMAN MATHIS & GARY, LLP

*/s/Michael M. Edwards*
MICHAEL M. EDWARDS, ESQ.
Nevada Bar No. 6281
DAVID P. PRITCHETT, ESQ.
Nevada Bar No. 10959
3993 Howard Hughes Pkwy., Suite 100
Las Vegas, Nevada 89169
*Attorneys for Defendants,*
*Las Vegas Sands Corp., Las Vegas Sands, LLC,*
*and Venetian Casino Resort, LLC*

**IT IS SO ORDERED.**

**ORDER**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: February 13, 2023