MICHAEL M. EDWARDS, ESQ.
Nevada Bar No. 6281
DAVID P. PRITCHETT, ESQ.
Nevada Bar No. 10959
770 E. Warm Springs Rd., Ste. 360
Las Vegas, Nevada 89119
Tel.: (725) 258-7360
Fax: (833) 336-2131
Michael.Edwards@fmglaw.com
David.Pritchett@fmglaw.com

BRENT D. ANDERSON, ESQ.
Nevada Bar No. 7977
MICHELLE L. SUDANO, ESQ.
Nevada Bar No. 13260
**TAYLOR | ANDERSON**
500 Damonte Ranch Pkwy, Suite 972
Reno, Nevada 89521
Tel: (775) 902-2449
BAnderson@talawfirm.com
MSudano@talawfirm.com
*Attorneys for Defendants,*
*Las Vegas Sands Corp.,*
*Las Vegas Sands, LLC,*
*Venetian Casino Resort, LLC, and*
*Venetian Las Vegas Gaming, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUDY WONG; and WILLIAM S. WONG,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS SANDS CORP., a Nevada corporation; VENETIAN CASINO RESORT, LLC, a Nevada Limited Liability Company; LAS VEGAS SANDS, LLC, a Nevada Limited Liability Company, *dba* VENETIAN RESORT HOTEL CASINO and PALAZZO RESORT HOTEL CASINO; I-X, and JOHN DOES and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-00622-RFB-EJY<br><br>**STIPULATION AND PROPOSED ORDER TO AMEND PLEADINGS TO SUBSTITUTE PROPER PARTY, VENETIAN LAS VEGAS GAMING, LLC FOR LAS VEGAS SANDS CORP, VENETIAN CASINO RESORT, LLC, AND LAS VEGAS SANDS, LLC, AND TO AMEND THE CAPTION ACCORDINGLY** |

Defendants, LAS VEGAS SANDS CORP., LAS VEGAS SANDS, LLC, VENETIAN CASINO RESORT, LLC, VENETIAN LAS VEGAS GAMING, LLC (collectively as “Defendants”); Plaintiff JUDY WONG; and Plaintiff WILLIAM S. WONG (collectively as “Plaintiffs”) (Defendants

and Plaintiffs collectively referred to hereinafter as the "Parties"), by and through their respective counsel of record, hereby stipulate and agree, subject to Court approval, to amend the operative pleadings to substitute proper party VENETIAN LAS VEGAS GAMING, LLC, in the place of the incorrect parties, LAS VEGAS SANDS CORP, LAS VEGAS SANDS, LLC, and VENETIAN CASINO RESORT, LLC.

VENETIAN LAS VEGAS GAMING, LLC is the entity responsible for the day-to-day operations and management of the Venetian Resort Las Vegas; therefore, Venetian Las Vegas Gaming, LLC should be substituted in the place of Las Vegas Sands Corp., Las Vegas Sands, LLC, and Venetian Casino Resort, LLC *nunc pro tunc* to the date this action was commenced. The caption will be amended to remove LAS VEGAS SANDS CORP, LAS VEGAS SANDS, LLC, and VENETIAN CASINO RESORT, LLC and be replaced with the defendant, VENETIAN LAS VEGAS GAMING, LLC.

**IT IS SO STIPULATED.**

DATED this 27th day of August 2026.

**FREEMAN MATHIS & GARY LLP**

*/s/ Michael M. Edwards*
Michael M. Edwards, Esq.
Nevada Bar No. 6281
David P. Pritchett, Esq.
Nevada Bar No. 10959
770 E. Warm Springs Rd., Ste. 360
Las Vegas, Nevada 89119

and

**TAYLOR | ANDERSON**

*/s/ Brent D. Anderson*
Brent D. Anderson, Esq.
Nevada Bar No. 7977
Michelle L. Sudano, Esq.
Nevada Bar No. 13260
500 Damonte Ranch Pkwy, Suite 972
Reno, Nevada 89521
*Attorneys for Defendants, Las Vegas Sands Corp., Las Vegas Sands, LLC, and Venetian Casino Resort, LLC, and Venetian Las Vegas Gaming, LLC*

DATED this 27th day of August 2026.

**HITZKE & FERRAN, LLP**

*/s/ Erick M. Ferran*
Erick M. Ferran, Esq.
Nevada Bar No. 9554
2110 E. Flamingo Road, Suite 206
Las Vegas, NV 89119
*Attorneys for Plaintiff Judy Wong*
*(e-signature expressly authorized on August 27, 2026)*

DATED this 27th day of August 2026.

**LAW OFFICES OF JOHNNY L. GRIFFIN III**

*/s/ Manolo Olaso*
Johnny L. Griffin, III Esq.
California Bar No. 118694
Manolo Olaso, Esq.
California Bar No. 195629
1010 F Street, Suite 200
Sacramento, CA 95814
*Attorneys for Plaintiff Judy Wong*
*Admitted to Practice Pro Hac Vice*
*(e-signature expressly authorized on August 27, 2026)*

DATED this ____ day of August 2026.

*Refused to Sign*
William S. Wong
P.O. Box 466
Meadow Vista, CA 95722
*Pro Se Plaintiff*

**ORDER**

IT IS SO ORDERED this 11th day of September, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE